UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLACE CLAYTON HAMMOND,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN JOSEPH PERRY, et al.,<br><br>Defendants. | No. 2:23-cv-01128 DAD AC<br><br><br>ORDER and<br><br>ORDER TO SHOW CAUSE |

This case is before the undersigned for an initial status conference per referral by the District Judge assigned to the case. ECF No. 5. The case was filed on June 13, 2023. ECF No. 1. That same day, an order was issued in this case ordering the plaintiff to complete service of process within 90 days of filing the complaint, and file a notice with the court demonstrating completion of service. ECF No. 3 at 2. Plaintiff has not filed any certificate of service and defendants have not appeared. On September 11, 2023, the undersigned issued an order setting a status conference for November 1, 2023 and directing the parties to file a status report by October 18, 2023. ECF No. 5. No status report was filed.

Good cause appearing, it is ORDERED that the status conference previously set for November 1, 2023 is RESET to December 6, 2023 before the undersigned via Zoom. The parties are ORDERED to submit a status report not later than November 22, 2023. Finally, plaintiff is

////

1

1 | ORDERED TO SHOW CAUSE no later than November 22, 2023 why this case should not be
2 | dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.
3 | DATED: October 19, 2023

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE